UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: ___6/22/20_____ |

      -against-

YEURY ROMERO,

          Defendant.
---------------------------------------------------------X

18-CR-708 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the

conference scheduled for Monday, July 6, 2020, is adjourned to October 6, 2020, at 11:00 a.m.


      SO ORDERED.
Dated: New York, New York
     June 22, 2020

                                _____/s/ Kimba M. Wood /_____
                                     KIMBA M. WOOD
                           United States District Judge