UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/20
```

    -against-

YEURY ROMERO,

                    Defendant.
-----------------------------------------------------------------x

**ORDER**
18 CR 708 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a teleconference, for the defendant's post-sentencing check-in, on October 6, 2020, at 11:00 a.m.

    To join the conference, the parties should dial 888-363-4749 and enter access code 1613818.

    SO ORDERED.

Dated: New York, New York
       September 29, 2020

                                            _/s/ Kimba M. Wood_
                                              KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE