UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/21
```

      -against-

**ORDER**
18 CR 708 (KMW)

YEURY ROMERO,

                    Defendant.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference on Monday, October 18, 2021, at 11:00 a.m.

    To join the proceeding, the parties shall dial 1-888-363-4749, and enter access code 1613818. Members of the press and public who wish to hear the proceeding must place their telephones on mute. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceedings is permitted.

    SO ORDERED.

Dated: New York, New York
       October 13, 2021

                                       /s/ Kimba M. Wood
                                       KIMBA M. WOOD
                             UNITED STATES DISTRICT JUDGE