UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

YEURY ROMERO,

                       Defendant.
------------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/22

**ORDER**
18 CR 708 (KMW)

KIMBA M. WOOD, District Judge:

      The Court will hold a remote post-sentencing conference in the above-captioned case on Tuesday, October 11, 2022, at 11:00 a.m. To join the conference, the parties shall dial 1-888-363-4749 and enter Access Code 1613818. The defendant and his Probation Officer shall appear by telephone; defense counsel and the Government may appear, but are not required.

      SO ORDERED.

Dated: New York, New York
          October 5, 2022

                                                             _____
                                                                 KIMBA M. WOOD
                                                            UNITED STATES DISTRICT JUDGE