UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

YEURY ROMERO,

                             Defendant.
-----------------------------------------------------------------x

**ORDER**
18 CR 708 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/22

KIMBA M. WOOD, District Judge:

       This case has been transferred to the Eastern District of New York; the conference scheduled for October 11, 2022, is cancelled.

       SO ORDERED.

Dated: New York, New York
       October 5, 2022

                                               _____
                                                KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE